1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM JOSEPH BROWN,

11           Petitioner,                    No. CIV S-09-0774 EFB P

12        vs.

13   R. BARNES, Warden,

14           Respondent.                    ORDER

15   _____/

16        Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus.

17   *See* 28 U.S.C. § 2254.

18        A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28

19   U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).

20        Petitioner has neither paid the fee nor submitted a *signed* application for leave to proceed

21   *in forma pauperis*.

22        Within 30 days from the day this order is served, petitioner may submit either the filing

23   fee or the signed application required by section 1915(a).  Petitioner's failure to comply with this

24   ////

25   ////

26   ////

1

1    order will result in a recommendation that this action be dismissed.  The Clerk of the Court is

2    directed to mail to petitioner a form application for leave to proceed *in forma pauperis*.

3         So ordered.

4    DATED:  November 5, 2009.

5                                        EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26